United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03049-HWV |
| Everette Joseph Rogers | Chapter 13 |
| Karissa Marie Rogers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jan 16, 2025 | Form ID: ntcnfhrg | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Everette Joseph Rogers, Karissa Marie Rogers, 5220 Mercersburg Road, Mercersburg, PA 17236-9602 |
| 5671455 | + | Brenner Car Credit, LLC, 949 Lincoln Way West, Chambersburg, PA 17202 |
| 5671466 | | Midland Credit Management, 350 Camino De La Relna, Suite 100, Carlsbad, CA 92018 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5671456 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 18:57:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5671457 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 18:57:21 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5671458 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 16 2025 18:47:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5671459 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2025 18:57:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5671460 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 16 2025 18:47:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 5671463 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2025 18:46:38 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 5680168 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 16 2025 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5671462 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2025 18:48:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5671464 | + | Email/Text: PBNCNotifications@perituservices.com | Jan 16 2025 18:47:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5673388 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 18:57:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5671465 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 18:57:23 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5671468 | | Email/Text: EBN@Mohela.com | Jan 16 2025 18:47:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5671469 | | Email/Text: EBN@Mohela.com | Jan 16 2025 18:47:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5677000 | | Email/Text: EBN@Mohela.com | Jan 16 2025 18:47:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5671467 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2025 18:48:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5671470 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 16 2025 18:45:31 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5671471 | + | Email/PDF: cbp@omf.com | Jan 16 2025 18:45:56 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5671472 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 18:48:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5671475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2025 18:57:40 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5671476 | | Email/Text: signed.order@pfwattorneys.com | Jan 16 2025 18:47:00 | Pressler Felt & Warshaw Llp, Christopher Carfagno, Esq, 7 Entin Rd, Parsippany, NJ 07054 |
| 5671473 | + | Email/Text: bankruptcy@patriotfcu.org | Jan 16 2025 18:48:00 | Patriot Federal Credit Union, Attn: Bankruptcy, 800 Wayne Avenue, Pob 778, Chambersburg, PA 17201-0778 |
| 5673119 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5671474 | + | Email/PDF: ebnotices@pnmac.com | Jan 16 2025 18:56:54 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5677908 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2025 18:48:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5671478 | + | Email/Text: TaxBankruptcy@wv.gov | Jan 16 2025 18:47:00 | State of West Virginia, State Tax Department, Compliance, PO Box 229, Charleston, WV 25321-0229 |
| 5671479 | + | Email/Text: bncmail@w-legal.com | Jan 16 2025 18:47:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5674755 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 18:57:15 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5671480 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 18:46:45 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5677911 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 18:45:58 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5671481 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 18:57:39 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5681060 | | Email/Text: TaxBankruptcy@wv.gov | Jan 16 2025 18:47:00 | West Virginia State Tax Department, Bankruptcy Unit, P.O. Box 766, Charleston, WV 25323-0766 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason    Name and Address**

| | | |
|---|---|---|
| 5671477 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw LLP, Christopher Carfagno, Esq., 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5671461 | ##+ | Franklin County Area Tax Bureau, 443 Stanley Ave, Chambersburg, PA 17201-3628 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 2 Karissa Marie Rogers ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Everette Joseph Rogers ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Everette Joseph Rogers,

    **Debtor 1**

Karissa Marie Rogers,

    **Debtor 2**

Chapter 13

Case No. 1:24−bk−03049−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 12, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 19, 2025 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2025 |

ntcnfhrg (08/21)