IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | EVERETTE JOSEPH ROGERS<br>KARISSA MARIE ROGERS<br>DEBTOR(S) | CHAPTER 13 |
| | EVERETTE JOSEPH ROGERS<br>KARISSA MARIE ROGERS<br>MOVANT(S) | CASE NO. 1:24-bk-03049-HWV |
| VS. | | |
| | LVNV FUNDING, LLC C/O<br>RESURGENT CAPITAL<br>SERVICES<br>RESPONDENT | |

## ORDER

Upon consideration of the Debtors' Objection to Proof of Claim #4 Filed by LVNV Funding, LLC C/O Resurgent Capital Services, Doc. 21, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #4 filed by LVNV Funding, LLC C/O Resurgent Capital Services is disallowed in its entirety.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 12, 2025

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 3/12/2025 |
| Case: 1:24−bk−03049−HWV | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Nicholas G. Platt      ngp@mooney4law.com

                                                                                                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5673388      LVNV Funding, LLC      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603−0587
5671465      Lvnv Funding/Resurgent Capital      Attn: Bankruptcy      Po Box 10497      Greenville, SC 29603

                                                                                                                      TOTAL: 2