United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03049-HWV |
| Everette Joseph Rogers | Chapter 13 |
| Karissa Marie Rogers | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5673388 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 18:54:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5671465 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 18:54:31 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 2 Karissa Marie Rogers ngp@mooney4law.com plattnr61895@notify.bestcase.com |

Nicholas G. Platt on behalf of Debtor 1 Everette Joseph Rogers ngp@mooney4law.com plattnr61895@notify.bestcase.com

United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | EVERETTE JOSEPH ROGERS<br>KARISSA MARIE ROGERS<br>DEBTOR(S) | : CHAPTER 13<br>:<br>:<br>: CASE NO. 1:24-bk-03049-HWV |
| | EVERETTE JOSEPH ROGERS<br>KARISSA MARIE ROGERS<br>MOVANT(S) | :<br>:<br>: |
| | VS. | : |
| | LVNV FUNDING, LLC C/O<br>RESURGENT CAPITAL<br>SERVICES<br>RESPONDENT | :<br>:<br>:<br>: |

## ORDER

Upon consideration of the Debtors' Objection to Proof of Claim #5 Filed by LVNV Funding, LLC C/O Resurgent Capital Services, Doc. 22, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #5 filed by LVNV Funding, LLC C/O Resurgent Capital Services is disallowed in its entirety.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 12, 2025