# United States Bankruptcy Court

## Middle District of Pennsylvania (Harrisburg)

IN RE:     EVERETTE J ROGERS               CASE NO.:  24-03049
                                           CHAPTER:  13


          Debtors

### Change of address – Payment  for Creditor

As to Claim 7-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice
that its address for payment  has changed.

Old Notifications address                    New Notifications address



Old payment address                          New payment address
Wells Fargo Auto                             Wells Fargo Auto

PO Box 17900                                 PO Box 51963

Denver CO 80217-0900                         Los Angeles CA 90051-6263


Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com


09/25/2025                              /s/Lisa Johnson
                                          Account Resolution Associate Manager
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**Certificate of Service**

Middle District of Pennsylvania (Harrisburg)

IN RE:   EVERETTE J ROGERS               CASE NO:   24-03049
                                         CHAPTER:   13

       Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/25/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

09/25/2025                    /s/Lisa Johnson_____
                              Account Resolution Associate Manager
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.