UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EVERETTE JOSEPH ROGERS  CHAPTER 13
KARISSA MARIE ROGERS

Debtor(s)

JACK N. ZAHAROPOULOS  CASE NO: 1-24-03049-HWV
CHAPTER 13 TRUSTEE
Movant

vs.

EVERETTE JOSEPH ROGERS
KARISSA MARIE ROGERS

## CERTIFICATION OF DEFAULT

AND NOW, on October 16, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that Debtor(s) have not complied with the Order filed August 20, 2025 as docket entry # 43.

WHEREFORE, the Trustee requests that the case be dismissed.

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EVERETTE JOSEPH ROGERS  CHAPTER 13
KARISSA MARIE ROGERS

Debtor(s)

JACK N. ZAHAROPOULOS  CASE NO: 1-24-03049-HWV
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 16, 2025, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

Served Electronically
NICHOLAS G PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER PA  17331-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
EVERETTE JOSEPH ROGERS
KARISSA MARIE ROGERS
5220 MERCERSBURG ROAD
MERCERSBURG  PA  17236

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2025

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com