UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: EVERETTE JOSEPH ROGERS,<br>KARISSA MARIE ROGERS,<br><br>    Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant<br><br>    vs.<br><br>EVERETTE JOSEPH ROGERS,<br>KARISSA MARIE ROGERS,<br>    Respondent | :<br>:<br>: CHAPTER 13<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO. 1-24-03049-HWV |

## WITHDRAWAL OF CERTIFICATE OF DEFAULT FAILURE TO FILE AMENDED PLAN

AND NOW, this 16th day of October 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that The Certificate of Default filed on or about October 16, 2025, be withdrawn as all issues have been resolved.

    Respectfully submitted:

    /s/Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

CERTIFICATE OF SERVICE

      AND NOW, this 16th day of October 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

EVERETTE JOSEPH ROGERS
5220 MERCERSBURG ROAD
MERCERSBURG, PA 17236


NICHOLAS G PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER, PA 17331-

      /s/Ashley Schott
      Office of Jack N. Zaharopoulos
      Standing Chapter 13 Trustee