**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                          Case No. 1:24-bk-03049

Everette Joseph Rogers      Chapter 13
Karissa Rogers
Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 12/17/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/17/2025

                                                      /s/ Nicholas G. Platt
                                                      Nicholas G. Platt
                                                      Bar No. 327239
                                                      Mooney Law
                                                      230 York Street
                                                      Hanover PA 17331-0000
                                                      (717)632-4656
                                                      ngp@mooney4law.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Case No. 1:24-bk-03049

Everette Joseph Rogers  Chapter 13
Karissa Rogers

Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 12/17/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/17/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 12/17/2025, I caused a copy of the Order Confirming Amended Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Patriot Federal Credit Union | c/o Markian R. Slobodian, Esq. | | P.O. Box 480 | | Camp Hill PA 17001 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo A | PO Box 169005 | | | | Irving TX 75016-9005 |
| Aidvantage on behalf of | Dept of Ed Loan Services | | P.O. Box 300001 | | Greenville TX 75403-3001 |
| Brenner Car Credit, LLC | 949 Lincoln Way West | | | | Chambersburg PA 17202 |
| Capital One | Attn: Bankruptcy | | Po Box 30285 | | Salt Lake City UT 84130-0285 |
| Citibank/The Home Depot | Citicorp Cr Srvs/Centralized Bankruptcy | | Po Box 790040 | | St. Louis MO 63179-0040 |
| Credit Acceptance | Attn: Bankruptcy | | 25505 West 12 Mile Road Ste 3000 | | Southfield MI 48034-8331 |
| Credit One Bank | Attn: Bankruptcy Department | | 6801 Cimarron Rd | | Las Vegas NV 89113-2273 |
| FIRST SAVINGS BANK   BLAZE | ATTN BANKRUPTCY | | 1500 S HIGHLINE AVE | | Sioux Falls SD 57110-1003 |
| Franklin County Area Tax Bureau | 443 Stanley Ave | | | | Chambersburg PA 17201-3628 |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | | Addison TX 75001-9013 |
| JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 | | | | Saint Cloud MN 56302-7999 |
| Jpmcb | MailCode LA4-7100 | | 700 Kansas Lane | | Monroe LA 71203-4774 |
| Kohl's | Attn: Credit Administrator | | Po Box 3043 | | Milwaukee WI 53201-3043 |
| LVNV Funding, LLC | Resurgent Capital Services | | PO Box 10587 | | Greenville SC 29603-0587 |
| Lvnv Funding/Resurgent Capital | Attn: Bankruptcy | | Po Box 10497 | | Greenville SC 29603-0497 |
| Midland Credit Mgmt | Attn: Bankruptcy | | Po Box 939069 | | San Diego CA 92193-9069 |
| MOHELA | CLAIMS DEPARTMENT | | 633 SPIRIT DRIVE | | Chesterfield MO 63005-1243 |
| Navient | Attn:  Bankruptcy | | Po Box 9635 | | Wilkes Barre PA 18773-9635 |
| OneMain Financial | Attn: Bankruptcy | | PO Box 3251 | | Evansville IN 47731-3251 |
| Patriot Federal Credit Union | Attn: Bankruptcy | | 800 Wayne Avenue, Pob 778 | | Chambersburg PA 17201-0778 |
| Pennsylvania Department of Revenue | Bankruptcy Division | | PO Box 280946 | | Harrisburg PA 17128-0946 |
| PennyMac Loan Services, LLC | Attn: Correspondence Unit | | Po Box 514387 | | Los Angeles CA 90051-4387 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | PO BOX 41067 | | | | Norfolk VA 23541-1067 |
| PRESSLER  FELT & WARSHAW LLP | 7 ENTIN RD | | | | Parsippany NJ 07054-5020 |
| Quantum3 Group LLC as agent for | Crown Asset Management LLC | | PO Box 788 | | Kirkland WA 98083-0788 |
| State of West Virginia | State Tax Department, Compliance | | PO Box 229 | | Charleston WV 25321-0229 |
| TD BANK USA N A | ATTN C/O WEINSTEIN & RILEY P S | 1415 WESTERN AVE | SUITE #700 | | Seattle WA 9811-2051 |
| Target NB | C/O Financial & Retail Services | | Mailstop BT PO Box 9475 | | Minneapolis MN 55440-9475 |
| United States Trustee | US Courthouse | | 1501 N. 6th St | | Harrisburg PA 17102-1104 |

| Wells Fargo Bank NA | Attn: Bankruptcy | | 1 Home Campus Mac X2303-01a 3rd Floor | | Des Moines IA 50328-0001 |
|---|---|---|---|---|---|
| Wells Fargo Dealer Services | Attn: Bankruptcy | | 1100 Corporate Center Drive | | Raleigh NC 27607-5066 |
| Wellspan Health | P O Box 15119 | | | | York PA 17405-7111 |
| Everette Joseph Rogers | 5220 Mercersburg Road | | | | Mercersburg PA 17236-9602 |
| JACK N ZAHAROPOULOS | ATTN CHAPTER 13 TRUSTEE | | 8125 ADAMS DRIVE SUITE A | | Hummelstown PA 17036-8625 |